```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

JOHN HURLEY,

    Plaintiff,

v.     Case No: 2:21-cv-190-JES-MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #10) filed on October 26, 2021. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of October 2021.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record